# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## INITIAL APPEARANCE/ARRAIGNMENT/PLEA HEARING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| Plaintiff, | ) | |

**COURT MINUTES - CRIMINAL**

| | |
|---|---|
| Case No: | 26-CR-0093 (PJS) |
| Date: | July 16, 2026 |
| Court Reporter: | Janell Gruber |
| Courthouse: | Minneapolis |
| Courtroom: | 15 |
| Time Commenced: | 9:01 a.m. |
| Time Concluded: | 9:41 a.m. |
| Sealed Hearing Time: | |
| Time in Court: | 40 Minutes |

UNITED STATES OF AMERICA,
                    Plaintiff,

          v.

Candice Langley,
                    Defendant.

Before Patrick J. Schiltz, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:
    For Plaintiff:      Aldous Brant Cook, DOJ Trial Attorney
    For Defendant:   Sellano L. Simmons, Sr.  ☐ FPD  ☐ CJA  ☒ Retained  ☐ Appointed

PROCEEDINGS:
    ☒ **Arraignment** on ☒ Information, ☐ Indictment
    ☒ **Change of Plea Hearing.**
    ☒ **Initial Appearance.**
    ☒ Indictment waived.
    ☐ Defendant withdraws plea of as to Count(s):

    ☒ PLEA:
        ☒ Guilty as to Count 1 of the Information.
        ☐ "Nolo Contendere" as to Count(s):
        ☐ Defendant admits allegations in the Information.

    ☒  Presentence Investigation and Report requested.
    ☒  Released on personal recognizance bond subject to conditions of release.
    ☒  **~Util Set/Reset Hearings:**  Sentencing Hearing to be scheduled at a later date before Judge Patrick J. Schiltz.
    ☐  Defendant remanded to the custody of the U.S. Marshal.

                                                                s/CJS
                                                         Courtroom Deputy